| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-008121 | Ruger 10/22 American Rifle CAL:30-06 SN:690613426 | $200.00 | 690613426 |
| 22-ATF-008133 | Ruger 10/22 American CAL: 65 SN:690472610 | $200.00 | 690472610 |
| 22-ATF-008134 | Keltec, CNC Industries CMR-30 Rifle CAL:22 SN:YEA02 | $300.00 | YEA02 |
| 22-ATF-008136 | Smith & Wesson M&P 15-22 Rifle CAL:22 SN:LAK0462 | $300.00 | LAK0462 |
| 22-ATF-008139 | Smith & Wesson M&P 15 Rifle CAL:556 SN:TU70470 | $500.00 | TU70470 |
| 22-ATF-008140 | Zastava ZPAP92 Pistol CAL:762 SN:Z92091649 | $500.00 | Z92091649 |
| 22-ATF-008142 | Zastava ZPAP92 Pistol CAL:762 SN:Z92091335 | $500.00 | Z92091335 |
| 22-ATF-008144 | Zastava Z-PAP M70 Rifle CAL:762 SN:Z70099814 | $500.00 | Z70099814 |
| 22-ATF-008145 | Colt AR-15A2 GOV Carbine Rifle CAL:556 SN:CR093411 | $500.00 | CR093411 |
| 22-ATF-008149 | Smith & Wesson M&P 15 Rifle CAL:556 SN:TU07779 | $500.00 | TU07779 |
| 22-ATF-008150 | Glock Inc. 19 Pistol CAL:9 SN:BUCA919 | $400.00 | BUCA919 |
| 22-ATF-008151 | Keltec, CNC Industries PMR-30 Pistol CAL:22 SN:WY8612 | $200.00 | WY8612 |
| 22-ATF-008152 | Keltec, CNC Industries PMR-30 Pistol CAL:22 SN:WY6D46 | $200.00 | WY6D46 |
| 22-ATF-008154 | Keltec, CNC Industries PMR-30 Pistol CAL:22 SN:WY8473 | $200.00 | WY8473 |
| 22-ATF-008155 | Kimber Super Jagare Pistol CAL:10 SN:KF102395 | $500.00 | KF102395 |
| 22-ATF-008156 | Taurus International TX22 Pistol CAL:22 SN:1PT420742 | $200.00 | 1PT420742 |
| 22-ATF-008162 | 32 Rounds Winchester-Western Ammunition CAL:22 | $3.20 | |
| 22-ATF-008163 | Glock Inc. 19 Pistol CAL:9 SN:BUYW407 | $400.00 | BUYW407 |
| 22-ATF-008166 | Palmetto State Armory PSAK47 Rifle CAL:762 SN:AKU001290 | $500.00 | AKU001290 |
| 22-ATF-008167 | Interarms SP.ZO.O (Radom, Poland) AK47 Rifle CAL:762 SN:PAC1163732 | $500.00 | PAC1163732 |
| 22-ATF-008168 | Century Arms International VSKA Rifle CAL:762 SN:SV7098599 | $500.00 | SV7098599 |
| 22-ATF-008169 | Interarms SP.ZO.O (Radom, Poland) AK47 Rifle CAL:762 SN:PAC1163678 | $500.00 | PAC1163678 |
| 22-ATF-008174 | Riley Defense, INC RAK 47 Rifle CAL:762 SN:B36189 | $500.00 | B 36189 |
| 22-ATF-008178 | Palmetto State Armory AK-RD Rifle CAL:762 SN:AKRD000693 | $500.00 | AKRD000693 |
| 22-ATF-008181 | Century Arms International VSKA Rifle CAL:762 SN:SV7063695 | $500.00 | SV7063695 |
| 22-ATF-008182 | Riley Defense, Inc. RAK 47 Rifle CAL:762 SN:B21068 | $500.00 | B21068 |
| 22-ATF-008184 | Century Arms International VSKA Rifle CAL:762 SN:SV7093491 | $500.00 | SV7093491 |
| 22-ATF-008185 | Riley Defense, Inc. RAK 47 Rifle CAL:762 SN:B36116 | $500.00 | B36116 |
| 22-ATF-008188 | Barrett Firearms Mfg Co 82A1 Rifle CAL:50 BMG SN:AA013471 | $6,000.00 | AA013471 |
| 22-ATF-008190 | Barrett Firearms Mfg Co 82A1 Rifle CAL:50 BMG SN:AA013493 | $6,000.00 | AA013493 |
| 22-ATF-008192 | Barrett Firearms Mfg Co 82A1 Rifle CAL:50 BMG SN:AA013047 | $6,000.00 | AA013047 |
| 22-ATF-008194 | Barrett Firearms Mfg Co 82A1 Rifle CAL:50 BMG SN:AA013421 | $6,000.00 | AA013421 |
| 22-ATF-008196 | Barrett Firearms Mfg Co 82A1 Rifle CAL:50BMG SN:AA013568 | $6,000.00 | AA013568 |