Exhibit B

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-009635 | FIE Titan Pistol CAL:25 SN:A24672 | $100.00 | A24672 |
| 22-ATF-009636 | Ruger American Rifle Rifle CAL:65 SN:690540751 | $400.00 | 690540751 |
| 22-ATF-009638 | Beretta USA Corp 21A Pistol CAL:22 SN:DAA604516 | $320.00 | DAA604516 |
| 22-ATF-009639 | Aero Precision X15 Pistol CAL:9 SN:AR17972 | $400.00 | AR17972 |
| 22-ATF-009640 | Kimber Micro Rose Gold Pistol CAL:380 SN:P0076402 | $500.00 | P0076402 |
| 22-ATF-009642 | Ruger Super Blackhawk Revolver CAL:44 SN:8916917 | $400.00 | 8916917 |
| 22-ATF-009643 | Kimber Custom LW Pistol CAL:45 SN:K813516 | $500.00 | K813516 |
| 22-ATF-009644 | Smith & Wesson M&P Bodyguard 380 Pistol CAL:380 SN:KJA6845 | $200.00 | KJA6845 |
| 22-ATF-009645 | Glock GMBH 19GEN5 Pistol CAL:9 SN:BUYW570 | $200.00 | BUYW570 |
| 22-ATF-009646 | Glock Inc. 19 Pistol CAL:9 SN:AFYD554 | $400.00 | AFYD554 |
| 22-ATF-009647 | Glock GMBH 19X Pistol CAL:9 SN:BUCA927 | $400.00 | BUCA927 |
| 22-ATF-009648 | 397 Rounds Assorted Ammunition CAL:Multi | $39.70 | |
| 22-ATF-009649 | 25 Rounds Winchester-Western Ammunition CAL:38 | $2.50 | |
| 22-ATF-009650 | 37 Rounds Federal  Ammunition CAL:380 | $3.70 | |